**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 95-2588

_____

JOHN ARTHUR YIAADEY,

Plaintiff - Appellant,

versus

DUDLEY BURGESS, individually, and as Admin-
istrator of the Southern Regional Jail in
Beaver, WV; JACK ROOP, Individually and as
Director of the Regional Jail Authority for
West Virginia,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Southern
District of West Virginia, at Charleston.  Charles H. Haden II,
Chief District Judge.  (CA-95-274)

_____

Submitted:  March 12, 1996          Decided:  March 28, 1996

_____

Before WIDENER and MICHAEL, Circuit Judges, and CHAPMAN, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

John Arthur Yiaadey, Appellant Pro Se.  Chad Marlo Cardinal, Assis-
tant Attorney General, Charleston, West Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Yiaadey v. Burgess</u>, No. CA-95-274 (S.D.W. Va. July 27, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>